IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON LEWIS and MARIAH SANDERS, | ) ) ) | |
| | ) | Case No.: 21 CV 3911 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Honorable Sara L. Ellis |
| Calumet City Police Officers R. Reddington, Star No. 179, A. Dimitroff, Star No. 243, M. Giglio, Star No. 251, Zivkovich, Star No. 213, A. Martinez, Star No. 264, J. Muaref, Star No. 261, T. Stipanich, Star No. 149, A. Mitchell, Star No. 216, D. Hatchett, Star No. 228, C. Bunton, Star No. 266, K. Kolosh, Star No. 183, C. Erickson, Star No. 199, C. Lucius, Star No. 208, G. Jones, Star No. 154, A. Zieminski, Star No. 190, K. Bland, Star No. 234, M. Growe, Star No. 159, J. Flores, Star No. 256, P. Piry, Star No. 254, J. Henderson, Star No. 238, G. Oliva, Star No. 204, J. Siatta, Star No. 265, W. Gavin, Star No. 160, W. Siems, Star No. 143, D. Iwaszko, Star No. 181, Detective Coffey, Star No. 211, Sergeant Kwiatkowski, Star No. 201, and Captain Erickson, Star No. 199, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT INTIAL STATUS REPORT**

The parties have conferred and pursuant to Dkt. 7 jointly submit this status report.

    **I. The Nature of the Case**

        **A. Attorneys of Record**
          Jaclyn N. Diaz
          Edward M. Fox (Lead Attorney)
          Ed Fox & Associates, Ltd
          300 W. Adams St., Ste. 330

1

Chicago, Illinois 60606
(312) 345-8877
jdiaz@efoxlaw.com
efox@efoxlaw.com
*Attorneys for Plaintiffs*

Patrick W. Walsh (Lead Attorney)
Patrick W. Walsh, P.C.
33 S. Garfield St.
Hinsdale, IL 60521
(630)794-0300
patrick@pwalsh.com
*Attorney for Defendants*

**B. Nature of the Claims**

Plaintiffs alleges the claim of unlawful search in violation of the Fourth Amendment against all individual named Defendants, a claim for unreasonable procurement of a search warrant in violation of the Fourth Amendment against Defendant Giglio, and Plaintiff Sanders alleges a claim of unreasonable seizure in violation of the Fourth Amendment against all individual named Defendants.

**C. Major Legal and Factual Issues**

**Plaintiffs**
The major legal issues are whether Defendants violated Plaintiffs' Fourth Amendment rights when they searched Plaintiff's residence, caused excessive and unnecessary damage to Plaintiffs' home and failed to inventory property. Whether Defendant Giglio's procurement of the search warrant for Plaintiffs' house was unreasonable and unconstitutional. Whether Defendants violated Plaintiff Sanders' Fourth Amendment rights when they seized, detained, and arrested her.

The major factual issues are whether there was legal cause to search Plaintiffs' residence, whether and to what extent Defendants caused unnecessary damage to Plaintiffs' home, and whether Defendants failed to inventory Plaintiffs' property. Whether and to what extent Defendants fabricated evidence and/or falsified police reports and/or complaints for search warrant. Whether there was legal cause to seize Plaintiff Sanders. Whether and to what extent Plaintiffs sustained damages.

**Defendants**
Whether Defendants are entitled to qualified immunity because they assert that they acted in good faith, with probable cause, and pursuant to a lawfully obtained search warrant?

**D. Relief Sought**

> Plaintiffs seeks compensatory damages including emotional distress damages in a sum to be ascertained, punitive damages, and attorney's fees.

## II. Jurisdiction

### A. Basis for Federal Jurisdiction

This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

## III. Status on Service of Process

All parties have been served.

## IV. Consent to Proceed before a Magistrate Judge

The parties do not wish to proceed before the Magistrate Judge.

## V. Motions

There are no pending motions at this time.

## VI. Proposed Discovery Plan

1. The parties expect to conduct written and oral discovery. No discovery has been conducted to date.
2. The parties shall issue Rule 26(a)(1) disclosures by December 10, 2021.
3. The parties shall issue written discovery by December 30, 2021.
4. Fact discovery shall be completed by April 29, 2022.
5. Plaintiffs have requested a jury trial. Plaintiffs estimate that the jury trial would last 3-4 days.

## VII. Status of Settlement Discussions

There have been no settlement discussions to date and Plaintiffs do not wish to schedule a settlement conference at this time.

Submitted by:

s/ Jaclyn N. Diaz
Jaclyn N. Diaz
Ed Fox & Associates, Ltd.
300 W. Adams St., Suite 330
Chicago, Illinois 60606
(312) 345-8877
jdiaz@efoxlaw.com
*Attorney for Plaintiffs*


s/ Patrick W. Walsh
Patrick W. Walsh
Patrick W. Walsh, P.C.
33 S. Garfield St.
Hinsdale, IL 60521
(630)794-0300
patrick@pwalsh.com
*Attorney for Defendants*