**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHANNON LEWIS and MARIAH SANDERS, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>R. Reddington, Star No. 179, et al. )<br>)<br>Defendants. ) | Case No.: 21 CV 3911<br><br>Honorable Sara L. Ellis |

### NOTICE OF MOTION

To:

| | |
|---|---|
| Patrick Walsh | Sean Connolly |
| Patrick W. Walsh, P.C. | Connolly Law Office, P.C. |
| 33 S. Garfield St. | 801 N. Cass Avenue, Suite 200 |
| Hinsdale, Illinois 60521 | Westmont, Illinois 60559 |
| (630) 794-0300 | (630) 986-8090 |
| patrick@pwalsh.com | Sean.connolly@connollylawoffice.com |

    **PLEASE TAKE NOTICE**, that on **April 14, 2022 at 1:45 PM** I shall appear before Judge Ellis in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE**.

                                                          s/ Edward M. Fox
                                                          Edward M. Fox

ED FOX & ASSOCIATES, Ltd.
Attorneys for Plaintiffs
300 West Adams St., Suite 330
Chicago, Illinois 60606
(312) 345-8877
efox@efox-law.com

## **PROOF OF SERVICE**

    I, Edward M. Fox, an attorney, under penalty of perjury, state that on April 08, 2022 service is being made in accordance with the General Order on Electronic Case Filing section XI.

                                                   s/Edward M. Fox
                                                 Edward M. Fox