**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON LEWIS and MARIAH SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 21 CV 3911 |
| v. | ) ) ) | Honorable Sara L. Ellis |
| R. Reddington, Star No. 179, et al. | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Plaintiffs by and through their attorneys of record hereby file this motion to compel discovery. In support of this motion, Plaintiffs state as follows:

1. On January 5, 2022, Plaintiffs sent written discovery to the Defendants. This included requests to produce and interrogatories.

2. Plaintiffs have still not received responses.

3. Plaintiff sent an email on April 6, 2022, inquiring about receiving the responses. Ex. A. This email was ignored.

4. Plaintiff again sent an email on April 15, 2022, and Defense counsel responded that he would send us responsive discovery by the end of that day. Ex. B. Nothing was received.

5. On April 19, 2022, Plaintiff again sent an email requesting the discovery. Ex C. This was again ignored.

6. As a result, Plaintiff is making this motion.

7. Plaintiffs are unable to comply with the meet and confer requirements because the Defendants are ignoring Plaintiffs' counsel's emails.

1

8. Plaintiffs are also requesting reasonable sanctions in an amount to compensate for the time spend making this motion.

**WHEREFORE,** Plaintiffs by and through counsel respectfully request that this Court grant this motion and order the written discovery to be answered (without objection) forthwith, and that sanctions be awarded in an amount to be ascertained.

Respectfully submitted,

s/ Edward M. Fox
Edward M. Fox
ED FOX & ASSOCIATES, Ltd.
Attorneys for Plaintiffs
300 West Adams St., Suite 330
Chicago, Illinois 60606
(312) 345-8877
efox@efox-law.com