IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON LEWIS and MARIAH SANDERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:21-cv-03911 |
| Calumet City Police Officers R. Reddington, Star No. 179, A. Dimitroff, Star No. 243, M. Giglio, Star No. 251, Zivkovich, Star No. 213, A. Martinez, Star No. 264, J. Muaref, Star No. 261, T. Stipanich, Star No. 149, A. Mitchell, Star No. 216, D. Hatchett, Star No. 228, C. Bunton, Star No. 266, K. Kolosh, Star No. 183, C. Erickson, Star No. 199, C. Lucius, Star No. 208, G. Jones, Star No. 154, A. Zieminski, Star No. 190, K. Bland, Star No. 234, M. Growe, Star No. 159, J. Flores, Star No. 256, P. Piry, Star No. 254, J. Henderson, Star No. 238, G. Oliva, Star No. 204, J. Siatta, Star No. 265, W. Gavin, Star No. 160, W. Siems, Star No. 143, D. Iwaszko, Star No. 181, Detective Coffey, Star No. 211, and Sergeant Kwiatkowski, Star No. 201, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Sara L. Ellis Magistrate Young B. Kim |
| Defendants. | ) | |

**PARTIES UNOPPOSED MOTION
TO EXTEND THE DISCOVERY CUT-OFF DATE**

Plaintiffs and Defendants hereby move this Honorable Court for an extension of the discovery cut-off date. In support of this Motion, the parties state as follows:

1. The discovery cut-off date in this case is September 12, 2022.

1

2. The reason for this request is that Plaintiffs have not secured a deposition for retired Calumet City Police Officer Hintz.

3. Both Plaintiffs have been deposed.

4. The depositions of Officer M. Giglio, Det. Demitroff, Inv. Zikovich, Det. Burnett and Det. Coffey have been completed.

5. The Defendants agree that Plaintiffs have diligently pursued discovery and have attempted to locate and serve retired police officer Hintz.

6. As a result, Plaintiff and Defendants are in agreement to request an additional 45 days, to October 24, 2022, for completion of Officer Hintz' deposition.

7. This is an unopposed Motion.

WHEREFORE, the parties by and through their attorney of record respectfully request that this Court grant this Motion and extend the discovery cut-off date for 45 days to October 24, 2022.

Dated: September 9, 2022

Respectfully submitted,

/s/ Patrick W. Walsh
Patrick W. Walsh
Attorney for all Defendants
Admitted to and qualified to practice before
United States District Court for the
Northern District of Illinois
33 S. Garfield Street
Hinsdale, Illinois 60521
(630) 794-0300
Patrick@pwalsh.com
ARDC No.: 6200151