IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON LEWIS and MARIAH SANDERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 1:21-cv-03911 |
| Calumet City Police Officers R. Reddington, Star No. 179, A. Dimitroff, Star No. 243, M. Giglio, Star No. 251, Zivkovich, Star No. 213, A. Martinez, Star No. 264, J. Muaref, Star No. 261, T. Stipanich, Star No. 149, A. Mitchell, Star No. 216, D. Hatchett, Star No. 228, C. Bunton, Star No. 266, K. Kolosh, Star No. 183, C. Erickson, Star No. 199, C. Lucius, Star No. 208, G. Jones, Star No. 154, A. Zieminski, Star No. 190, K. Bland, Star No. 234, M. Growe, Star No. 159, J. Flores, Star No. 256, P. Piry, Star No. 254, J. Henderson, Star No. 238, G. Oliva, Star No. 204, J. Siatta, Star No. 265, W. Gavin, Star No. 160, W. Siems, Star No. 143, D. Iwaszko, Star No. 181, Detective Coffey, Star No. 211, and Sergeant Kwiatkowski, Star No. 201, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Sara L. Ellis Magistrate Young B. Kim |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION
OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through their counsel, Patrick W. Walsh, hereby moves the Court for an extension of time to file their Motion for Summary Judgment. In support of this Motion, Defendants state as follows:

1

1. The Defendants' Motion for Summary Judgment was scheduled to be due by November 29, 2022.

2. The Defendants have submitted proposed uncontested facts along with the Court's letter requirement to the Plaintiffs.

3. Plaintiffs' and Defense counsel have had conflicts that prevented them from complying with the Court's previous deadline.

4. Plaintiffs' counsel will need a reasonable amount of time to review the proposed uncontested facts prior to a conference with the Defense counsel.

5. Plaintiffs' attorney does not object to this Motion for Extension of Time to submit Defendants' Motion for Summary Judgment.

6. As a result, Defendants are requesting an additional 28 days to complete and file the Motion for Summary Judgment.

WHEREFORE, Defendants by and through their attorney of record respectfully request that this Court grant this Motion and extend the Motion for Summary Judgment for 28 days.

Dated: November 28, 2022

Respectfully submitted,

/s/ Patrick W. Walsh
Patrick W. Walsh
Attorney for all Defendants
Admitted to and qualified to practice before
United States District Court for the Northern District of Illinois
33 S. Garfield Street
Hinsdale, Illinois 60521
(630) 794-0300
Patrick@pwalsh.com
ARDC No.: 6200151